IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES BOSWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:23-cv-00251 |
| | § | |
| MERIDIAN SECURITY INSURANCE | § | |
| COMPANY d/b/a STATE AUTO | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Local Rule CV-81(a), Defendant Meridian Security Insurance Company ("Defendant" or "Meridian") files this Notice of Removal, hereby removing this action from the 271st Judicial District Court of Wise County, Texas to the United States District Court for the Northern District of Texas, Fort Worth Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff James Boswell ("Plaintiff") and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Defendant respectfully shows the Court as follows:

## I.
## INTRODUCTION

This lawsuit arises out of Plaintiff's claim for storm damage to his residential property located at 521 County Road 4873, Newark, Texas 76071 under a homeowners insurance policy issued by Defendant. In his Original Petition, Plaintiff asserts claims against Defendant arising out of Defendant's handling of Plaintiff's insurance claim.

On February 8, 2023, Plaintiff filed his Original Petition against State Auto Insurance Company in the 271st Judicial District of Wise County County, Texas. State Auto was served with a citation and a copy of Plaintiff's Original Petition on February 12, 2023. Because Meridian Security Insurance Company, and not State Auto Insurance Company, issued the subject Policy, Plaintiff agreed to amend his Petition to name the correct insurance entity. On February 22, 2023, Plaintiff filed his First Amended Original Petition naming Meridian Security Insurance Company as a defendant. Meridian was served with a citation and a copy of Plaintiff's First Amended Original Petition on February 23, 2023 through its registered agent for service of process. Accordingly, this Notice of Removal is being filed within thirty (30) days of service of Plaintiff's First Amended Original Petition on Defendant (which was the first petition naming Defendant), and is thus timely filed under 28 U.S.C. § 1446(b).

## II.
## BASIS FOR REMOVAL

**A.   THERE IS COMPLETE DIVERSITY OF CITIZENSHIP.**

Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Plaintiff is an individual domiciled in Wise County, Texas. *See* Plaintiff's First Amended Original Petition, Exhibit C, ¶ 3. Plaintiff owns the subject property in Texas. *See* Exhibit D. Thus, for diversity purposes, Plaintiff is a citizen of Texas. Defendant is a corporation organized under the laws of the State of Indiana with its principal place of business in Carmel, Indiana. For diversity purposes, Defendant is a citizen of Indiana. Accordingly, complete diversity of citizenship exists between Plaintiff and Defendant.

**B.   THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint. *De Aguilar v. Boeing Co.*, 47 F.3d 1404,

1411-12 (5th Cir. 1995). Here, it is apparent from the face of Plaintiff's First Amended Original Petition that Plaintiff's claims exceed $75,000 because Plaintiff has specifically pled that "[p]laintiff seeks monetary relief in excess of $250,000, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs." Exhibit C, ¶ 2.

### III.
### COMPLIANCE WITH PROCEDURAL REQUIREMENTS

As required by Local Rule 81.1(a), filed concurrently with this Notice of Removal is a completed civil cover sheet, supplemental civil case cover sheet, and Defendant's Certificate of Interested Persons that comply with Local Rules 3.1(c), 7.4, and 81.2. Additionally, the following exhibits are attached:

- **Exhibit A**: Index of all documents filed in the state court action;

- **Exhibit B**: Wise County Civil Case Information;

- **Exhibits C through C-2:** A copy of each pleading filed in the state court action; and

- **Exhibit D:** Wise County Appraisal District listing identifying Plaintiff as the owner of the subject property.

Pursuant to Section 28 U.S.C. §1446(d), Defendant will serve written notice of the filing of this Notice of Removal on Plaintiff, and will file a true and correct copy of this Notice of Removal with the Court Clerk of the 271st Judicial District Court of Wise County, Texas, promptly after the filing of same.

### IV.
### REQUEST FOR RELIEF

Wherefore, Defendant Meridian Security Insurance Company respectfully requests that the above-styled action now pending in the 271st Judicial District Court of Wise County, Texas be removed to the United States District Court for the Northern District of Texas, Fort Worth Division. Defendant requests all such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/Colin Batchelor*
COLIN BATCHELOR
State Bar No. 24043545
JOHALI MUZALIWA
State Bar No. 24092881
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: colin.batchelor@tb-llp.com
      johali.muzaliwa@tb-llp.com

**ATTORNEYS FOR DEFENDANT**
**MERIDIAN SECURITY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on March 13, 2023, a true and correct copy of the above and foregoing instrument was served *via electronic service* upon:

**ATTORNEYS FOR PLAINTIFF**
Cristobal M. Galindo
Cristobal M. Galindo, P.C.
4151 Southwest Freeway, Ste. 602
Houston, Texas 77027
E-Mail: hurricane@galindolaw.com

*/s/ Colin Batchelor*
COLIN BATCHELOR