UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES BOSWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00251-O |
| | § | |
| MERIDIAN SECURITY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO ABATE AND STAY PROCEEDINGS

Before the Court is the parties' Agreed Motion for Abatement Pending Completion of Agreed Appraisal (ECF No. 8), filed April 12, 2023. Having considered the motion and finding good cause, the Court **GRANTS** the motion. It is therefore **ORDERED** that the above-captioned case is **ABATED** and proceedings are **STAYED** pending results of arbitration. Following the completion of arbitration, the parties **SHALL** submit a joint status report to the Court within **14 days** thereof indicating (1) the general outcome of the appraisal process, (2) whether the parties have reached a settlement agreement, and, if necessary, (3) providing an updated joint report regarding the contents of a scheduling order. Until such status report is filed, the Clerk of Court is **DIRECTED** to administratively close this case for statistical purposes.

**SO ORDERED** this **12th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE